# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JENNIFER MOWERY

VERSUS

SPIKES TRUCKING, LLC, DEXTER
GRAVES AND PRIME INSURANCE
COMPANY

NO.  2023 CW 0444

**MAY 10, 2023**

---

In Re:    Prime Insurance Company, applying for supervisory
          writs, 21st Judicial District Court, Parish of
          Tangipahoa, No. 20210000357.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**STAY DENIED; WRIT DENIED.**

EW
SMM

Guidry, J., concurs. The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**,
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT